# United States Court of Appeals
## For the First Circuit

_____

No. 25-1147

JANE DOE,

Plaintiff - Appellant,

v.

TOWN OF SOUTH KINGSTOWN, by and through its Treasurer/Finance Director Zachary Saul; ROBERT C. ZARNETSKE, and their successors solely in their capacity as Town Manager for the Town of South Kingstown; AIMEE REINER, and their successors solely in their capacity as Director of Administrative Services of the Town of South Kingstown,

Defendants - Appellees,

JOHN DOES DEFENDANTS 1-5,

Defendants.

_____

**ORDER OF COURT**

Entered: July 28, 2025
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

    Mandate to issue forthwith.


                                           By the Court:

                                           Anastasia Dubrovsky, Clerk


cc:
John A. Donovan III
Mark T. Reynolds